# Order

Michigan Supreme Court
Lansing, Michigan

December 20, 2007

134464

ATTORNEY GENERAL,
          Plaintiff-Appellant,

v

PHILIP MORRIS USA, R. J. REYNOLDS
TOBACCO COMPANY, LORILLARD
TOBACCO COMPANY, ANDERSON
TOBACCO COMPANY, L.L.C.,
BEKENTON USA, CANARY ISLAND
CIGAR COMPANY, CHANCELLOR
TOBACCO COMPANY, P.L.C.,
COMMONWEALTH BRANDS, INC.,
COMPANIA INDUSTRIAL DE TABACOS
MONTE PAS S.A., DAUGHTERS AND
RYAN, INC., FARMERS TOBACCO
COMPANY, GENERAL TOBACCO,
HOUSE OF PRINCE A/S, INTERNATIONAL
TOBACCO GROUP (LAS VEGAS), INC.,
JAPAN TOBACCO INTERNATIONAL
USA, INC., KING MAKER MARKETING,
INC., KONCI G & D INTERNATIONAL
USA, INC., KING MAKER MARKETING,
INC., KONCI G & D MANAGEMENT,
KRETEK INTERNATIONAL, LIBERTY
BRANDS, L.C., LIGGETT GROUP,
INC., M/S DHANRAJ INTERNATIONAL,
INC., PACIFIC STANFORD MANUFACTURING
CORPORATION, PETER STOKKEBY
INTERNATIONAL A.S., P.T. DJARUM,
SANTA FE NATURAL TOBACCO
COMPANY, INC., SHERMAN 1400
BROADWAY NYC, INC., TOP TOBACCO,
L.P., VIRGINIA CAROLINA CORPORATION,
INC., VON EICKEN GROUP, and WIND
RIVER TOBACCO COMPANY, L.L.C.,
          Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134464
COA: 273665
Ingham CC: 06-000539-CZ

2

On order of the Court, the application for leave to appeal the June 7, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2007

_____
Clerk

11213